UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
SHAKHZOD ALISHER UGLI ERJIGITOV,

Petitioner,

- against –

JUDGMENT
26-cv-00624 (NCM)

TODD LYONS, *Acting Director of U.S. Immigration and Customs Enforcement*, MARCOS CHARLES, *Acting Executive Associate Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement*, ALEJANDRO N. MAYORKAS, *Secretary, U.S. Department of Homeland Security*, KRISTI NOEM, *Secretary of the Department of Homeland Security*, PAMELA BONDI, *United States Attorney General*, WARDEN, *Metropolitan Detention Center, Brooklyn, custodian of Petitioner*, WARDEN *of the Facility Where Petitioner is Currently Detained, in his or her official capacity as custodian of Petitioner*,

Respondents.
---------------------------------------------------------- X

A Memorandum and Order of Honorable Natasha C. Merle, United States District Judge, having been filed on February 11, 2026, granting the petition for a writ of habeas corpus; it is

ORDERED and ADJUDGED that the petition for a writ of habeas corpus is granted; Respondents are directed to release the petitioner from custody within 24 hours of this Order and file a letter on the docket no later than 5:00 p.m. on February 12, 2026 certifying their compliance; and petitioner shall not be re-detained without notice and an opportunity to be heard at a pre-deprivation bond hearing before a neutral decisionmaker, where the government will have the burden of showing that his detention is authorized under 8 U.S.C. § 1226(a).

Dated: Brooklyn, New York
February 12, 2026

Approved by: */s/ Natasha C. Merle*
NATASHA C. MERLE
United States District Judge

Dated: Brooklyn, New York
February 12, 2026

Approved by *_/s/Brenna B. Mahoney_*__________
BRENNA B. MAHONEY
Clerk of Court